UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PANTHEON, INCORPORATED,                )
                                        )
                Plaintiff,              )
                                        )          Case No.
v.                                      )
                                        )
LOCK & KEY INSURANCE CO.,               )
                                        )
                Defendant.              )

COMPLAINT

This is a breach of contract matter arising out of Defendant's failure to pay an annual invoice for Odyssey Software as Service license and hosting services provided by Plaintiff pursuant to a written contract between them.

I.    PARTIES

1. Plaintiff Pantheon, Incorporated ("Pantheon) is a Virginia corporation headquartered at 1801 Robert Fulton Dr., #160, Reston, VA 20191. It provides turnkey software development, technical expertise, staffing solutions and The Odyssey Digital Automation Platform, which is an enterprise class digital automation platform that simplifies business processes.

2. On information and belief, Defendant Lock & Key Insurance Company ("Lock & Key") is an Arizona corporation headquartered at 500 East Thomas Rd., Phoenix. AZ 85012 that creates customized liability waiver solutions.

1

## II.    JURISDICTION & VENUE

3.  Diversity jurisdiction exists here pursuant to 28 U.S.C. § 1332, as the parties are from different states and the amount in controversy exceeds $75,000.

4.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events underlying this suit occurred in this District.

## III.    FACTUAL ALLEGATIONS

5.  On September 12, 2023, Plaintiff Pantheon and Defendant Lock & Key entered into the Master Software License and Services Agreement ("the Contract"). Ex. A.

6.  Pursuant to the Contract, Pantheon agreed to provide to Lock & Key the Odyssey Digital Automation Platform, which is an enterprise class digital automation platform that simplifies business processes.

7.  Pantheon provided those services in full, and without complaint by Lock & Key.

8.  The Contract has a term of three (3) years, and invoices are due payable within 30 days of the invoice. *See* Contract §§ 4 and 8. Pantheon emailed the invoice for the third year of the Contract for $70,000.00 to Lock & Key on August 13, 2025.

9.  Lock & Key did not pay the invoice by September 13, 2025, making payment late as of September 14, 2025.

10. Before the due date, Lock & Key's Secretary, Luke Chamberlin, exchanged emails with Pantheon regarding payment of this invoice. On September 11, 2025, Luke Chamberlin emailed Pantheon suggesting a payment plan of paying $35,000.00 in September 2025, and another $35,000.00 in January 2026, stating, "Obviously, we will honor the contract."

2

11. On September 13, 2025, Pantheon representative Daryl Knecht responded to Luke Chamberlin, and rejected that proposal.

12. After this email exchange, Luke Chamberlin did not respond for weeks, until he referred Pantheon to Lock &Key's President, David Chamberlin, regarding the unpaid invoice. David Chamberlin informed Pantheon that Lock & Key would not be paying the final bill.

13. Lock & Key thus breached the Contract by not paying Pantheon the invoice due September 13, 2025. Appendix A of the Contract states the SaaS License Fee of $55,000.00 and the Hosting Fee of $15,000.00 are annual charges. *See* Contract Appendix A. Section 7 of the Contract clearly states the annual fees are due on the anniversary of the Effective Date. *See* Contract § 7. Section 8 of the Contract allows for a 3% monthly finance charge on all outstanding amounts not paid within 30 days. *See* Contract § 8. Furthermore, Section 26 of the Contract allows Pantheon to recover reasonable attorneys fees, costs, and expenses incurred as a result of Lock & Key's breach of the Contract. Contract § 26.

**COUNT I-Breach of Contract**

14. Paragraphs 1-13 are incorporated by reference.

15. Pursuant to the Contract, Lock & Key agreed to pay Pantheon $70,000 by September 13, 2025 for the Pantheon's services.

16. Pantheon fully performed the services required under the Contract.

17. Lock & Key did not pay the $70,000 by September 13, 2025, and has refused to pay that amount due.

18. Lock & Key has thus breached the Contract.

19. The Contract also provides that Lock & Key must pay Pantheon a 3% monthly finance charge on all outstanding amounts not paid within 30 days, as well as reasonable attorneys fees, costs, and expenses incurred as a result of Lock & Key's breach of the Contract.

20. Lock & Key's breach entitles Pantheon to all of the aforedescribed damages and other costs.

WHEREFORE, the Court should find Lock & Key liable to Pantheon, enter judgment for Pantheon, and award Pantheon:

a. $70,000 in contractual damages;

b. Three percent monthly interest charges for every 30 days from September 14, 2025 until the contractual damages are paid in full, which, as of this writing, exceeds $10,500;

c. Reasonable attorneys fees, costs, and expenses incurred in the course of collecting the amount due;

d. Such other legal and equitable relief as the Court deems appropriate.

Respectfully submitted,

/s/ Earl N. « Trey » Mayfield, III
Earl N. « Trey » Mayfield, III
Dan Backer
Chalmers Adams Backer & Wallen, LLC
1032 15th St., NW #374
Washington, D.C. 20005
(o) 678-582-8900
E : tmayfield@chalmersadams.com
*Counsel for Plaintiff Pantheon, Inc.*

4